```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELIZABETH SILVER,                   :
                                    :
               Plaintiff,           :     08 Civ. 6522 (JSR)
                                    :
          -v-                       :
                                    :     ORDER
MARIO HERMANDO LAVANDEIRA JR., a/k/a:
MARIO LAVANDEIRA, a/k/a PEREZ       :
HILTON,                             :
                                    :
               Defendant.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

     The Court hereby temporarily withdraws the reference to the Honorable Debra C. Freeman, United States Magistrate Judge, dated July 28, 2008, so that the Court can adjudicate the defendant's request for emergency relief and defendant's now-scheduled motion to dismiss. If the latter does not dispose of the case, the case will be referred back to Magistrate Judge Freeman to handle all other pre-trial matters.

     SO ORDERED.

                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-13-08