UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Elizabeth Silver

    Plaintiff,

v.

Mario Hermando Lavandeira, Jr., a/k/a Mario Lavandeira, a/k/a Perez Hilton

    Defendant.

No. 08-CV-6522

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Jeffrey M. Eilender, attorney for Defendant Mario Hermando Lavandeira, Jr., a/k/a Mario Lavandeira, a/k/a Perez Hilton ("Perez Hilton"), and said sponsor's declaration in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bryan J. Freedman, Esq. |
| Firm Name: | Freedman & Taitelman, LLP |
| Address: | 1901 Avenue of the Stars, Suite 500 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 201-0005/(310) 201-0045 |
| Email: | bfreedman@ftllp.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08

is admitted pro hac vice as counsel for Defendant Perez Hilton in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of this Court.

Dated: August 6, 2008
    New York, New York

_____
United States District Judge

8-13-08

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

**TAMAR LUSZTIG**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Queens, New York.

On August 6, 2008, I served true and complete copies of the **MOTION TO ADMIT COUNSEL PRO HAC** with **DECLARATION OF JEFFREY M. EILENDER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** and **ORDER FOR ADMISSION PRO HAC VICE** upon:

**ELIZABETH A. SILVER**
10 Ferncliff Terrace
Short Hills, New Jersey 07078

by placing the above mentioned documents in a postage paid, sealed **FEDERAL EXPRESS-NEXT BUSINESS DAY PRIORITY DELIVERY** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing above mentioned documents to be delivered to the above-named persons at the above listed addresses, overnight – next business day mail.

_____
TAMAR LUSZTIG

Sworn to before me this
6th day of August, 2008

_____
Notary Public

JONATHAN MAZER
Notary Public, State of New York
No. 02MA5037040
Qualified in New York County
Commission Expires Dec. 12, 2010