# SCHLAM STONE & DOLAN LLP

| | 26 BROADWAY | |
|---|---|---|
| HARVEY M. STONE | NEW YORK, N.Y. 10004 | PETER R. SCHLAM (1944-2005) |
| RICHARD H. DOLAN | | |
| WAYNE I. BADEN | (212) 344-5400 | OF COUNSEL |
| JAMES C. SHERWOOD | | RONALD G. RUSSO |
| THOMAS A. KISSANE | TELECOPIER: (212) 344-7677 | MARY W. ANDERSON |
| BENNETTE D. KRAMER | | DAVID J. KATZ |
| JEFFREY M. EILENDER | www.schlamstone.com | ERIK S. GROOTHUIS |
| JOHN M. LUNDIN | | HILLARY S. ZILZ |
| JONATHAN MAZER | | |
| | | ANDREW S. HARRIS |

August 28, 2008

**VIA HAND DELIVERY**

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

[RECEIVED stamp: AUG 28 2008]

          Re:    *Silver v. Lavandeira*
                <u>Case No.:  08 CV6522 (JSR) (DCF)</u>

Dear Judge Freeman:

      This firm represents the defendant in the above referenced action. In an order dated August 19, 2008 ("August 19 Order"), Your Honor clearly stated that "discovery in this action is currently stayed, and the stay would apply to third party discovery, as well as party discovery." (Attached as Exhibit 1). I am writing because *pro se* plaintiff Silver is violating the August 19 Order.

      Today, in defiance of the August 19 Order, plaintiff sent a letter to a third party, Sunset Blvd. Financial Services, demanding the production of documents. (Attached as Ex. 2). We request that plaintiff be directed to comply with the August 19 Order staying discovery and that the Court make clear that any purported discovery requests or demands issued in violation of that stay are nullities.

      Accordingly, I respectfully request that the Court either memo-endorse this letter, or hold a conference to discuss this matter. I return from vacation September 2, 2008.

                                                  Respectfully submitted,

                                                  Jeffrey M. Eilender

                                                  SO ORDERED:    DATE: 9/2/08

Encls.
cc:    Elizabeth Silver (<u>via e-mail with enclosures</u>)

00057474.doc

----------------------------------------
**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE