# SCHLAM STONE & DOLAN LLP

26 BROADWAY

NEW YORK, N.Y. 10004

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN
JONATHAN MAZER

PETER R. SCHLAM (1944-2005)

OF COUNSEL
RONALD G. RUSSO
MARY W. ANDERSON
DAVID J. KATZ
ERIK S. GROOTHUIS
HILLARY S. ZILZ

ANDREW S. HARRIS

October 2, 2008

**VIA FACSIMILE**

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Silver v. Lavandeira*
    Case No.: 08 CV6522 (JSR) (DCF)

Dear Judge Freeman:

This firm represents Defendant in the above referenced matter. I write pursuant to Rule 6 of the Federal Rules of Civil Procedure to request an extension of Defendant's time to submit his reply in further support of his motion to dismiss and to oppose Plaintiff's motion for discovery. This request is necessitated by the fact that Plaintiff has served us with voluminous materials **five** days after her deadline to serve opposition papers elapsed.

This Court is well aware that Chambers, Ms. Silver and I have spent a great deal of time in late August negotiating a briefing schedule on Defendant's motion to dismiss. Pursuant to that schedule, Plaintiff's opposition was due on September 26th and Defendant's reply on October 10th. During those negotiations, I repeatedly told Plaintiff and the Court that I would be observing Yom Kippur on October 8th and 9th and then I would be in Italy from October 10th to the 18th.

Since the time that Defendant filed his motion, Plaintiff filed a separate motion seeking discovery with many allegations, all of them false, but which still need to be addressed. Worse, I just received a "supplemental" declaration from Plaintiff, dated yesterday which also contains many allegations and voluminous exhibits. This declaration is **not** in support of her motion, but rather is in further opposition to Defendant's motion. It is grossly unfair for Plaintiff to serve me

00058730.doc

10/2/08
Judge Freeman

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
October 2, 2008
Page 2 of 2

SO ORDERED:  DATE: 10/2/08

*signature*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

with a substantial filing on October 1st – **five days after her due date** – knowing that I would not be in the office (yesterday was Rosh Hashanah) and knowing that I would be unable to work after this coming Tuesday.

I know that because the Plaintiff is *pro se*, the Court will be reluctant to strike materials she has submitted, even if they are untimely. Accordingly, and out of fairness, I am asking that the Court direct the Plaintiff not to submit anything else in opposition to Defendant's motion and that Defendant be given until October 24, 2008 to submit our reply and respond to her motion. These additional days will give me a little time after I return to be able to prepare these papers.

*granted*

I respectfully submit that Plaintiff has no grounds to complain because she was given clear deadlines and she has created this situation. I would be within my rights to ask that her untimely papers be stricken, but all I am requesting is a reasonable extension, given a long planned trip that I told her about more than two months ago.

Respectfully submitted,

*signature*

Jeffrey M. Eilender

JME/gc

cc:  (via e-mail)
     Elizabeth Silver, Plaintiff *Pro Se*

00058730.doc